# Upstart

Application for ID ▮295

- **Personal Info**

  | | |
  |---|---|
  | First name: | Mary |
  | Last name: | Connolly |
  | Suffix name: | N/A |
  | Date of birth: | ▮ |
  | Street address: | ▮ |
  | Apartment/Suite: | N/A |
  | City: | Bernardsville |
  | State: | New Jersey |
  | Zip code: | 07924 |
  | Phone: | 203-858-1298 |
  | SSN: | ▮ |

- **Application**

  | | |
  |---|---|
  | Use of funds: | Consolidate Debt |
  | Raising Amount: | $7,500 |

- **Education**

  | | |
  |---|---|
  | Degree type | Bachelor's |
  | School name: | Quinnipiac University |
  | Area of study: | Physician Assistant |
  | Graduation year | 1999 |

- **Income**

  | | |
  |---|---|
  | Income type: | Employed - Hourly |
  | Custom Company Name: | Fischer Health &amp;amp; Rehabilitation |
  | Start date: | 2008-03 |
  | Annual income: | $▮ |
  | Hourly rate: | $▮ |
  | Hours per week: | ▮ |
  | Other Compensation: | $0 |
  | Pay Frequency: | Biweekly |

- **Savings**

  | | |
  |---|---|
  | Checking & savings: | $▮ |
  | Investment accounts: | N/A |

- **Loans in the past 3 months**

  No recent loans

- **Milestone Dates**

  | | |
  |---|---|
  | Check Rate Date: | 2022-02-02 |
  | Application Date: | N/A |
  | Decision Date: | 2022-02-10 |
  | Decision Type: | Instant Approved |

MCON001