# BERNARDSVILLE POLICE — INVESTIGATION REPORT

166 MINE BROOK ROAD
908-766-0037
BERNARDSVILLE, NJ 07924

Municipal Code: 1803
ORI: NJ0180300

| DEPARTMENT CASE NUMBER | MUN. CODE | PHONE NUMBER | UCR | DEPARTMENT ARREST NUMBER | | |
|---|---|---|---|---|---|---|
| I-2022-011272 | 1803 | 908- | | | | |

| CRIME/INCIDENT | NJS | | VICTIM NAME (Last Name, First Name, MI) | DOB |
|---|---|---|---|---|
| SUSPICIOUS ACTIVITY | SUSP | | CONNOLLY, MARY A | |
| | | SSN NO. / AGE / SEX / RACE / ETHNICITY | F  W  N | |

| DATE | BETWEEN | HOUR | MONTH | DAY | YEAR | VICTIM'S HOME ADDRESS | PHONE |
|---|---|---|---|---|---|---|---|
| AND | | 00:00 | 07 | 03 | 2022 | , BERNARDSVILLE NJ 07924-2708 | 973- |
| TIME | | 00:00 | 07 | 23 | 2022 | | |

| CRIME/INCIDENT LOCATION | EMPLOYER | PHONE |
|---|---|---|
| BERNARDSVILLE POLICE DEPARTMENT - 7 LIBERTY ROAD, BERNARDSVILLE NJ 07924 | | |

| MUNICIPALITY | COUNTY | CODE | PERSON REPORTING CRIME | DATE AND TIME |
|---|---|---|---|---|
| BERNARDSVILLE BORO | SOMERSET` | 1803 | CONNOLLY, MARY A | 07/18/2022 14:44 |

| TYPE OF PREMISES | WEAPONS - TOOLS | ADDRESS | PHONE |
|---|---|---|---|
| Dwelling | | , BERNARDSVILLE NJ 07924-2708 | 973- |

MODUS OPERANDI
SEE NARRATIVE

| VEHICLE | YEAR | MAKE | MODEL | BODY TYPE | COLOR | REG. PLATE - STATE | VIN | VEHICLE VALUE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| VALUE STOLEN PROPERTY | CURRENCY | JEWELRY | FURS | CLOTHING | AUTO | MISC. |
|---|---|---|---|---|---|---|
| | | | | | | |

| TOTAL VALUE STOLEN | TOTAL VALUE RECOVERED | TELETYPE ALARM | TECHNICAL SERVICES | TECHNICAL AGENCY |
|---|---|---|---|---|
| $0.00 | | | | |

| WEATHER | SIC | NIC | ASSISTING AGENCIES |
|---|---|---|---|
| | | | |

| NO. OF ACCUSED | ADULT | JUVENILE | STATUS CRIME | STATUS CASE | UCR STATUS | DATE CLEARED |
|---|---|---|---|---|---|---|
| 1 | 1 | | | | 7/2022 | |

NARRATIVE

******************** PARTIES INVOLVED ********************
ROLE: Accused | NAME: CONNOLLY, MATTHEW C | HOME ADDRESS: , BERNARDSVILLE NJ 07924 | HOME ALT. PHONE: 203-858-1298 | SEX: M | DOB: | AGE: | RACE: WHITE | ETHNICITY: NON-HISPANIC | HEIGHT: 0' 0" | WEIGHT: 201 | DL#: | DL EXP: | DL STATE: NJ

ON 7/18/2022 AT APPROXIMATELY 1444HRS, I RESPONDED TO POLICE HEADQUARTERS IN REGARDS TO A RESIDENT IN THE LOBBY WHO REQUESTED TO SPEAK TO AN OFFICER. UPON ARRIVAL, I MET WITH MS. MARYANN CONNOLLY, WHO STATED THAT SHE BELIEVES HER HUSBAND, MR. MATTHEW CONNOLLY HAS TAKEN OUT MULTIPLE LOANS OUT IN HER NAME.

MS. CONNOLLY TOLD ME THAT SHE CHECKED HER CREDIT HISTORY ON 07/16/2022 AND NOTICED THAT MULTIPLE LOANS HAVE BEEN TAKEN OUT UNDER HER NAME TOTALLING $17,000 (SEE ATTACHED DOCUMENTS). MS. CONNOLLY ALSO STATED SHE RECEIVED MULTIPLE LETTERS FROM THE BANK ADDRESSED TO HER, REGARDING THE STATUS OF THESE LOANS, WHICH IS CURRENTLY AFFECTING HER CREDIT SCORE.

I ASKED MS. CONNOLLY IF SHE COULD PROVIDE ME FURTHER DOCUMENTATION AND STATED SHE WILL SEND ME FURTHER INFORMATION REGARDING THE INCIDENT VIA EMAIL. A SUPPLEMENTAL REPORT WILL BE CREATED WHEN THE ADDITIONAL DOCUMENTATION IS RECEIVED.

THE INCIDENT DESCRIBED IN THIS REPORT WAS ELECTRONICALLY RECORDED BY A BWC.

| NAME | | DATE OF REPORT | REVIEWED BY | SIGNATURE |
|---|---|---|---|---|
| PATROLMAN SCHWARTZ, TYLER | 181 | 07/18/2022 | SERGEANT RICHARD, TIMOTHY 164 G. | |

Page 1 Of 1

BERNARDSVILLE POLICE — SUPPLEMENTARY INVESTIGATION REPORT

| 1. Complaint Number | 2. Mun. Code | 3. Phone Number | 4. UCR | 21. Prosecutor's Case Number | 22. Department Case Number |
|---|---|---|---|---|---|
| I-2022-011272 | 1803 | 908-766-0037 | | | |

| 5. Crime/Incident | 5A. New Crime/Incident if Changed | 23. Victim(s) New Address if Changed |
|---|---|---|
| 169 - SUSPICIOUS ACTS/PERSON/VEHICLE | | BERNARDSVILLE NJ, 07924-2708 |

23a. Victim(s) Name: CONNOLLY, MARY A

| 6A. New NJS | 7. Date of Crime | Additional Value Stolen Property | 40A. Currency | 41A. Jewelry | 42A. Furs |
|---|---|---|---|---|---|
| | 07/18/2022 | | $0.00 | $0.00 | $0.00 |

| 43A. Clothing | 44A. Auto | Miscellaneous |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

| 46A. S.C.I.C | 49A. Additional Technical Service-Agency | 48A. Additional Stolen Property Value | 47A. Add'l Recovered Property |
|---|---|---|---|
| | | $0.00 | $0.00 |

| 51A. B.C. Radio | 52A. B.C. Radio Cancel | 53A. N.C.I.C. |
|---|---|---|
| | | |

| 57. Model | 58. Year | 59. Make | 60. Body Type | 61. Color | 62. Registration Number & State | 62A. Serial Number or Identification |
|---|---|---|---|---|---|---|
| | | | | | | |

List Name Only of Previous Accused. Complete Information on New Accused; Include Additional Perpetrators: Suspects: Record all Developments Since Last Report: Explain Any Crime Change; List Additional Interviews of Victims: Persons Contacted: Witnesses: Evidence; Technical Services, Stolen Property; Recovered Property; Court Action.

| 63. No. of Accused | 63A. New Accused | 64A. Adult | 65A. Juvenile | 66A. Status Crime | 67A. Status Case | 68A. UCR Status Month Yr. | 69A. Date Cleared |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 70. Name | Address | 71. Age | 72. Sex | 73. Race | 74. DOB |
|---|---|---|---|---|---|
| | | | | | |

```
****************** PARTIES INVOLVED ******************
ROLE: INVOLVED | NAME: UPGRADE INC | WORK ADDRESS: 2 NORTH CENTRAL AVE FLOOR 10, PHOENIX AZ 85004 | WORK PHONE: 833-211-5227 | HEIGHT: 0' 0"

ROLE: INVOLVED | NAME: UPSTART NETWORK INC | WORK ADDRESS:  PO BOX 61203, PALO ALTO CA 94306 | WORK PHONE: 855-438-8778 | HEIGHT: 0' 0"

ROLE: INVOLVED | NAME: CAPITAL ONE | WORK ADDRESS:  PO BOX 31293, SALT LAKE CITY UT 84131 | WORK PHONE: 800-955-7070 | HEIGHT: 0' 0"

ROLE: INVOLVED | NAME: REPUBLIC BANK NET CREDIT | WORK ADDRESS: 175 WEST JACKSON BLVD, CHICAGO IL 60604 | WORK PHONE: 877-392-2014 | HEIGHT: 0' 0"
```

ON APRIL 24TH, 2023 AT APPROXIMATELY 0046HRS, PTL ARCHIBALD AND I RESPONDED TO HEADQUARTERS FOR A FOLLOW UP TO A FRAUD INCIDENT. UPON ARRIVAL, WE WERE GREETED BY MARY CONNOLLY. MS. CONNOLLY STATED SHE WOULD LIKE TO ADDITIONALLY REPORT THE NAMES AND TOTALS OF THE ACCOUNTS THAT WERE OPENED, WHICH INCLUDE  2 CAPITAL ONE CREDIT CARD ACCOUNTS, AN UPGRADE INC ACCOUNT FOR $4,000, AN UPSTART NETWORK INCORPORATED ACCOUNT FOR $7,500, AND A REPUBLIC BANK NET CREDIT ACCOUNT FOR $8,500.

DOCUMENTS VERIFYING THIS INFORMATION HAVE BEEN PREVIOUSLY PROVIDED BY MS. CONNOLLY IN THE INITIAL INVESTIGATION REPORT (SEE ATTACHED DOCUMENTS).

THE INCIDENT DESCRIBED IN THIS REPORT WAS ELECTRONICALLY RECORDED BY A BWC.

| 75A. Name | | 78A. Date Report | 79A. Reviewed By |
|---|---|---|---|
| OFFICER SCHWARTZ, TYLER   181 | | 04/24/2023 | OFFICER LUCKENBACH, CHRIST |
| Signature | | | |