

**FEDERAL TRADE COMMISSION**
# Identity Theft Report

FTC Report Number: 150268616

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Mary | A | Connolly |
| **Address:** | **Phone:** | **Email:** |
| ▓▓▓▓▓▓▓<br>Bernardsville , NJ 07924<br>USA | 973-▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |

## Personal Statement

I am aware of the number 203-858-1298 that is not my phone number. I never received a text from a one time SMS passcode from Upgrade. I did not authorize any of these credit cards or loans in my name. I am not responsible for any of these and want them removed from my name as my credit score has been negatively impacted by all of these fraudulent accounts. I have additional credit cards to report such as Petal Card which was opened July 15, 2021.

## Accounts Affected by the Crime

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | Upstart | |
| Account Number: | ▓▓▓▓▓▓ | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 2/2022 | 7/2022 | $ 7500 |

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | NetCredit | |
| Account Number: | ▓▓▓▓▓▓ | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 6/2022 | 7/2022 | $ 8500 |

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | Upgrade | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 3/2022 | 7/2022 | $ 4000 |

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | Capital One | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 12/2018 | 7/2022 | $ 2500 |

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | Capital | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 10/2019 | 7/2022 | $ 3000 |

| Fraudulent Information on Credit Reports | |
|---|---|
| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
| Credit Inquiries | Experian |

| Suspect Information | |
|---|---|
| Name | Matthew Charles Connolly |
| Contact Information | **Address:** ▬▬▬▬▬ Bernardsville NJ 07924 USA<br>**Email Address:** ▬▬▬▬▬▬▬▬▬<br>**Phone Number:** 203-858-1298 |
| Relationship | Other |
| Additional Details | My husband opened credit cards and loans in my name and without my consent authorization or knowledge. |

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Mary A Connolly**           **8/6/2022**
Mary A Connolly           Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.