

**Upstart**

PO Box 1503
San Carlos, CA 94070

8/29/2022

Mary Connolly
████████████
Bernardsville, New Jersey 07924

Dear Mary,

Please accept this letter as confirmation that Upstart has performed an internal investigation in regards to the report of identity theft by Mary Connolly on 7/19/2022 for Loan ID: ██████.

Our investigation has determined the debt is valid. As a result, we have resumed reporting credit status to TransUnion, Equifax, and Experian, and you will be responsible for the loan balance.

If you have further questions regarding this, you may reach us at (855) 451-6753 or email us at servicing@upstart.com. Our phone lines are open Monday - Friday from 6am-5pm Pacific Time, except New Years Day, Thanksgiving Day, Christmas Eve, and Christmas Day.

Thank you,
Upstart

This communication is Confidential: to be read by addressee only
Upstart® Loan Operations
Phone: (855) 451-6753
Operating hours: 6:00 AM to 6:00 PM Pacific Time, Monday through Friday on business days.


## Upstart

PO Box 1503
San Carlos, CA 94070

10/29/2022

Mary Connolly
████████
Bernardsville, New Jersey  07924

Dear Mary,

Please accept this letter as confirmation that Upstart has performed an internal investigation in regards to the report of identity theft by Mary Connolly on 9/20/2022 for Loan ID: ████████

Our investigation has determined the debt is valid. As a result, we have resumed reporting credit status to TransUnion, Equifax, and Experian, and you will be responsible for the loan balance.

If you have further questions regarding this, you may reach us at (855) 451-6753 or email us at servicing@upstart.com. Our phone lines are open Monday - Friday from 6am-5pm Pacific Time, except New Years Day, Thanksgiving Day, Christmas Eve, and Christmas Day.

Thank you,
Upstart

This communication is Confidential: to be read by addressee only
Upstart® Loan Operations
Phone: (855) 451-6753
Operating hours: 6:00 AM to 6:00 PM Pacific Time, Monday through Friday on business days.